Case # : 10-70345-RLEAM
Debtor.: EAST BAY ASSOCIATES, LLC
Chapter: AM
----------------------------------------
Filed : September 21, 2010  10:44:07
Deputy : LM
Receipt: 40073259
Amount : $26.00
----------------------------------------

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALLIFONIA

In Re:  East Bay Associates, LLC,

                     Debtor

Case No.: 10–70345

Chapter: 11

## AMENDED COVER SHEET FOR LIST OF CREDITORS

I certify under penalty of perjury that the following amended list of creditors, which consists of two pages , is true, correct and complete to the best of my knowledge.

Date:  September 17, 2010

David T. Fowler, Managing Member for
East Bay Associates, LLC

c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Albert Ong and Katherine Ong, Trustees
Ong Revocable Trust dtd 7/31/90
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Lloyd and Susan Cymrot
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Pensco Trust Co., Custodian
FBO Richard Daunt
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Pensco Trust Co., FBO Sean Daunt, IRA
c/o ACM Investors Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

James Edward Henderson, III
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Gerald I. Ganz, Trustee
Gerald I. Ganz, Inc. Profit Sharing Plan
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Sean and Cindy S. Daunt
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Willliam Welch & Kendall Welch
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Mark F. and Patricia B. Jackson, Co-Trustees, 1999
Jackson Family Trust d. April 14, 1999
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Pao Lien Hung, Trustee
Pao Lien Hung Family Trust UTD 11/05/2007
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Todd Smith and/or Joan Blatnica, JT
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Pensco Trust Company, Custodian
FBO Jeffrey Drawdy
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Gregory John Sessions, Trustee
Kelly Lynn Sessions, Trustee
Sessions Family Trust exec March 24, 2001
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Pensco Trust Co. FBO Sean Daunt IRA
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Pensco Trust Company
FBO Gregory John Sessions, #SE-1EV IRA
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Susan M. Cymrot, Trustee
Lloyd and Susan Cymrot dtd March 22, 2010
c/o ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

ACM Investor Services, Inc.
17 E. Sir Francis Drake, #200
Larkspur, CA 94939

Morgan, Miller, Blair, Attorneys at Law
1331 North California Blvd., Ste 200
Walnut Creek, CA 94596

D. C. MacDonald
1032 Justin Way
Dixon, CA 95620

Ben W. Tipton, III, Attorney at Law
20 Via Magnalena
Lafayette, CA 94549

Coast Capital Income Fund, LLC
c/o Stonecrest Managers, Inc.
4300 Stevens Creek Blvd. Suite 275
San Jose, CA 95129

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David T. Fowler, am the Managing Member of East Bay Associates, LLC, a California limited liability company, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing amended list of creditors of said entity and that it is true and correct to the best of my information and belief.

Date: September 17, 2010

_____
David T. Fowler, Managing Member

Debtor

Page 2