Bruce Cornelius, of counsel - Bar #065525
Michael Mandell - Bar #209486
**BELZER, HULCHIY & MURRAY**
3650 Mt. Diablo Boulevard, Suite 130
Lafayette, California 94549
Telephone: 925-283-9977
Facsimile: 925-283-5192

Attorneys for Creditor
Coast Capital Income Fund, LLC

The following constitutes
the order of the court. Signed May 10, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re: | CASE NO. 10-70345 RLE |
| East Bay Associates, LLC | R.S. No.: MDM-001 |
| Debtor, | Chapter 11 |
| Coast Capital Income Fund, LLC, | |
| Movant, | |
| v. | |
| East Bay Associates, LLC, | |
| Respondent. | |

**ORDER TERMINATING AUTOMATIC STAY**

1

In accordance with the Stipulation to Order Terminating Automatic Stay ("Stipulation") between Coast Capital Income Fund, LLC ("CCIF") and East Bay Associates, LLC ("Debtor") dated April 1, 2011 and approved by this Court by order entered April 27, 2011, made with respect to the two parcels of real property owned by Debtor located in Byron, Contra Costa County, California, the first parcel being designated assessor's parcel number 002-200-014, consisting of approximately 30 acres, commonly known as 5400 Byron Hot Springs Rd., Byron, CA 94514, and the second parcel being designated assessor's parcel number 002-200-015, consisting of approximately 131 acres, and based on the Declaration of Michael D. Mandell, counsel for CCIF, dated May 5, 2011, attesting that CCIF did not receive the required payment:

IT IS HEREBY ORDERED THAT

1. The automatic stay is terminated with respect to the two parcels of real property owned by Debtor located in Byron, Contra Costa County, California, the first parcel being designated assessor's parcel number 002-200-014, consisting of approximately 30 acres, commonly known as 5400 Byron Hot Springs Rd., Byron, CA 94514, and the second parcel being designated assessor's parcel number 002-200-015, consisting of approximately 131 acres (collectively, the "Property"), as to all parties in interest. CCIF, and its assignees and/or successors in interest, may commence and complete a non-judicial foreclosure against the Property, and enforce any other of its rights or remedies under state law with respect to the obligations secured by its deeds of trust described in its Motion for Relief From Automatic Stay filed in this case as R.S. No. MDM-001.

2. The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) does not apply to this Order.

***END OF ORDER***

# COURT SERVICE LIST

East Bay Associates, LLC
741 Shady Glen
Martinez, CA 94553
**Debtor**

David T. Fowler
741 Shady Glen
Martinez, CA 94553
**Responsible Individual**

Benjamin W. Tipton, III
Law Offices of Ben W. Tipton
20 Via Magnalena
Lafayette, Ca 94549
**Attorney for Responsible Individual**