The following constitutes
the order of the court. Signed May 18, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite #100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
A.065-009S

Attorneys for Lender
ACM INVESTOR SERVICES, INC.

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 10-70345-RLE |
| EAST BAY ASSOCIATES, LLC, | Chapter 11 |
| Debtor, | R.S. No. JLS-209 |
| | **EX PARTE ORDER VACATING THE AUTOMATIC STAY** |
| | Hearing-<br>Date: No Hearing Pending<br>Time:<br>Place: |

Pursuant to the ORDER GRANTING MOTION FOR ORDER: (1) Approving Stipulation (Coast Capital) (2) Approving Stipulation (ACM Inv.) (3) Authorize Debtor to Grant Security Interest in Real Property (the "Order") dated April 27, 2011, and after reviewing the Declaration re Breach of Order dated filed on May 5, 2011, and after reviewing the Declaration re Noncompliance with Court Order, whereas Debtor has failed to make required payments pursuant to the Order and Stipulation, and for GOOD CAUSE appearing, the Court makes its order as follows:

  1.  IT IS ORDERED that the Automatic Stay in the above entitled proceeding is immediately vacated and extinguished to allow ACM INVESTOR SERVICES, INC. ("Lender") to commence or complete its non-judicial foreclosure pursuant to all existing

defaults, including any pre-petition defaults specified under any existing foreclosure, and thereafter take possession of the real property located at **APN 002-200-015, Byron Hot Springs Road, Byron, CA 94514,** which is legally described in the Deed of Trust attached to Lender's motion for relief from automatic stay filed in this matter ("Property"). Lender shall not be required to wait any additional time to hold its foreclosure sale, as may be required pursuant to Civil Code §2924(g)(d), or Bankruptcy Rule of Procedure 4001(a)(3).

2. IT IS FURTHER ORDERED that the Automatic Stay as it pertains to Lender's interest in the subject real Property shall be and is hereby terminated and vacated for all purposes, including the prosecution of appropriate foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law. Lender shall not be required to wait any additional time to proceed with its foreclosure, the provisions of Civil Code §2924g(d) and Federal Rule of Bankruptcy Procedure 4001(a)(3), being hereby waived.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **DEBTOR** |
| 3 | EAST BAY ASSOCIATES |
|   | 741 SHADY GLEN |
| 4 | MARTINEZ, CA 94553 |
| 5 | **RESPONSIBLE INDIVIDUAL** |
| 6 | DAVID T. FOWLER |
|   | 741 SHADY GLEN |
| 7 | MARTINEZ, CA 94553 |
| 8 | **ATTORNEY FOR RESPONSIBLE INDIVIDUAL** |
| 9 | BENJAMIN W. TIPTON, III |
|   | LAW OFFICES OF BEN W. TIPTON |
| 10 | 20 VIA MAGNALENA |
|   | LAFAYETTE, CA 94549 |
| 11 | |
| 12 | **ATTORNEY FOR DEBTOR** |
| 13 | RUTH ELIN AUERBACH |
|    | LAW OFFICES OF RUTH ELIN AUERBACH |
|    | 711 VAN NESS AVE. #440 |
| 14 | SAN FRANCISCO, CA 94102 |
| 15 | **UNITED STATES TRUSTEE** |
| 16 | OFFICE OF THE U.S. TRUSTEE |
|    | 1301 CLAY ST. #690N |
| 17 | OAKLAND, CA 94612 |
| 18 | **ATTORNEY FOR U.S. TRUSTEE** |
| 19 | MARGARET H. MCGEE |
|    | OFFICE OF THE U.S. TRUSTEE |
| 20 | 1301 CLAY ST. #690N |
|    | OAKLAND, CA 94612-5217 |
| 21 | |
| 22 | **20 LARGEST CREDITORS** |
| 23 | CONTRA COSTA COUNTY, DCD |
|    | 651 PINE STREET, 5TH FLOOR |
| 24 | MARTINEZ, CA 94553 |
| 25 | |
|    | BEN W. TIPTON |
| 26 | 20 VIA MAGNALENA |
|    | LAFAYETTE, CA 94549 |
| 27 | |
| 28 | DOUGAL C. MACDONALD |
|    | 1032 JUSTIN WAY |
|    | DIXON, CA 95620 |

3

Case: 10-70345   Doc# 110   Filed: 05/20/11   Entered: 05/20/11 21:34:55   Page 3 of 5

| | |
|---|---|
| 1 | **COURT SERVICE LIST** (Continued) |
| 2 | |
| 3 | MORGAN, MILLER, BLAIR ATTYS<br>1331 N. CALIF. BLVD., SUITE 200<br>WALNUT CREEK, CA 94596 |
| 4 | |
| 5 | **PARTIES REQUESTING NOTICE** |
| 6 | MICHAEL MANDELL |
| 7 | BELZER, HULCHIY & MURRAY<br>3650 MT. DIABLO BOULEVARD, SUITE 130<br>LAFAYETTE, CALIFORNIA 94549 |
| 8 | |
| 9 | **COUNSEL FOR MOVANT** |
| 10 | JOSHUA L. SCHEER<br>SCHEER LAW GROUP, LLP<br>155 N. REDWOOD DRIVE, SUITE 100<br>SAN RAFAEL, CA 94903 |
| 11 | |
| 12 | |

```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                           Case No. 10-70345-RLE
East Bay Associates, LLC                                         Chapter 11
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0971-4         User: tleyba              Page 1 of 1              Date Rcvd: May 18, 2011
                             Form ID: pdfeoc           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2011.

```
db        +East Bay Associates, LLC,    741 Shady Glen,   Martinez, CA 94553-4007
aty       +Benjamin W. Tipton, III,    Law Offices of Ben W. Tipton,    20 Via Magnalena,
            Lafayette, CA 94549-2846
aty       +Ruth Elin Auerbach,    711 Van Ness Avenue, Suite 440,    San Francisco, CA 94102-3284
cr        +ACM Investor Services, Inc.,    c/o Scheer Law Group, LLC,    155 N. Redwood Drive, Suite 100,
            San Rafael, CA 94903-1966
rspi      +David T. Fowler,    741 Shady Glen,   Martinez, CA 94553-4007
intp       John A. Vos,    Law Offices of John A. Vos,    1430B Lincoln Ave.,   San Rafael, CA  94901
          +Morgan, Miller, Blair Attys,    1331 N. Calif. Blvd., Suite 200,    Walnut Creek, CA 94596-4544
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            American Express Bank FSB
cr            Coast Capital Income Fund, LLC
                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2011          Signature:    *Joseph Speetjens*